## BLACK HILLS MERCANTILE CO. v. GARDINER *et al.*

Appeal from circuit court, Lawrence county. Hon. CHAS. M. THOMAS, Judge.

Action in attachment by the Black Hills Mercantile Company against Charles J. Gardiner and another. The writ issued was dissolved, and plaintiff appeals. Affirmed.

*Wood & Buell* and *McLaughlin & McLaughlin*, for appellant. *Martin & Mason,* for respondents.

KELLAM, J. The issues, both of law and fact, are the same in this case as in an action of the same title, in which a decision and an opinion were filed this term. 5 S. D. 250, 58 N. W. 557. It is submitted on the same briefs, and must be controlled by the opinion in the former case. The order discharging the attachment is affirmed.